EVELYN FINGARETTE, as Administratrix, etc., of ABRAHAM ELFENBEIN, Deceased, Appellant, v. HARRY E. WRIGHT, Doing Business under the Firm Name and Style of NEW YORK CORN FILE Co., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

SOLOMON FINKEL, Respondent, v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

FISK DISCOUNT CORPORATION, Plaintiff, v. BROOKLYN TAXICAB TRANS. Co., INC., Appellant, and CHECKER CAB SALES CORPORATION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

LAWRENCE J. GALLAGHER, Individually and as a Stockholder of the NEW YORK DOCK COMPANY, Appellant, v. NEW YORK DOCK COMPANY and Others, Respondents. (Appeal No. 2.) — Motion for reargument of appeal No. 2 denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

GREATER NEW YORK COAL & OIL CORPORATION, Respondent, v. PHILADELPHIA & READING COAL AND IRON COMPANY, Defendant, and GREATER NEW YORK COAL DISTRIBUTING Co., INC., Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See 252 App. Div. 883.] The following question is certified: Was the order denying motion to strike out of the judgment so much thereof as included interest from August 11, 1930, to January 25, 1936, properly made? Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUISIPPINA PARASCANDOLA, as Administratrix with the Will Annexed, etc., of JOSEPH AUDITORE, Deceased. JOHN J. KEAN and EDWARD H. WILSON, Appellants; JENNIE PARASCANDOLA and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued pending the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Application of CHARLES D. BECKWITH, Appellant, for a Mandamus Order against MICHAEL BARTNETT, as Building Inspector of the City of New Rochelle, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.